

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　　vs.<br>YEIMI JAZMIN PAYAN<br>　　　　　Defendant | CASE NO. 14cr3586-WQH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 12/8/15

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MITCHELL D. DEMBIN
　　　　　　　　　　　　　　　　　United States Magistrate Judge